MOFFETT, HODGKINS & CLARKE COMPANY, Respondent, *v.* PEORIA WATER COMPANY, Appellant.

Reported below, 83 Hun, 73.
(Argued January 6, 1896; decided January 14, 1896.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made December 14, 1894, which affirmed an order of Special Term dismissing the summons and the action unless the complaint, with the receivers of the plaintiff substituted as plaintiffs, should be served within ten days from the entry of the order.

*John M. Shedd* for appellant.

*Louis Marshall* for respondent.

Order affirmed, with costs; no opinion.
All concur, except O'BRIEN, J., not voting; VANN, J., not sitting.

---

THE BROADWAY SAVINGS INSTITUTION of the City of New York, Appellant, *v.* THE TOWN OF PELHAM, of Westchester County, Respondent.

COSTS. Where leave to withdraw an appeal is granted "upon payment of all costs before notice of argument," the costs referred to mean those in the Court of Appeals.

(Argued January 6, 1896; decided January 14, 1896.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made at the December term, 1894, which reversed a judgment in favor of plaintiff entered upon a verdict directed by the court and granted a new trial. (See 83 Hun, 96.)

The action was brought to recover the amount of eight certificates of indebtedness of the town of Pelham, purporting to have been issued in accordance with the provisions of chapter 193, Laws of 1877.

On December 10, 1895, a motion to withdraw the appeal

93